# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

139788 & (188)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID ASLANI and SHEILA KNUBBE,
      Plaintiffs-Appellants,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, KEVIN THEODORE
SIMON, and JOSEPH KIRCHMAIER,
      Defendants-Appellees.

SC: 139788
COA: 284572
Wayne CC: 06-625234-NF
        07-703871-NI

_____/

      On order of the Court, the motion to strike is DENIED. The application for leave to appeal the September 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. However, we DIRECT the Clerk of the Court of Appeals and the Clerk of the Wayne Circuit Court to redact the plaintiffs' social security numbers from the case files in accordance with AO 2006-2.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

0114

_____
Clerk